UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICHOLAS NEAL,<br><br>                Plaintiff,<br>    v.<br>TOLLOTI, *et al.*,<br><br>                Defendants. | Case No. 3:25-cv-00166-MMD-CSD<br><br>ORDER EXTENDING DEADLINE |

      In screening Plaintiff Nicholas Neal's civil-rights complaint, the Court dismissed his Eighth Amendment food-service-condition claim with leave to amend by December 1, 2025. (ECF No. 7.) That deadline expired without any response by Plaintiff. The Court intended to send courtesy copies of the screening order and attachments to Plaintiff at Northern Nevada Correctional Center where he resided, but it appears that did not happen. And according to the Nevada Department of Corrections inmate database, Plaintiff once again resides at Lovelock Correctional Center. Considering the foregoing, the Court will extend the deadline for Plaintiff to file an amended complaint.

      It is therefore ordered that Plaintiff has until January 26, 2026, to file an amended complaint consistent with the Court's November 13, 2025, screening order.

      The Clerk of Court is directed to resend courtesy copies of the screening order and its attachments (ECF Nos. 7, 7-1, 7-2) to Plaintiff Neal at Lovelock Correctional Center.

      DATED THIS 29th day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE